### 451. SIKES et al. v. BROWN, administrator.

POWELL, J. 1. Grounds of a motion for a new trial in which error is assigned upon the admission of evidence will not be considered by this court, when the evidence objected to is not set forth, literally or in substance, nor attached to the motion as an exhibit. *Hicks* v. *Webb*, 127 *Ga.* 171 (5), 56 S. E. 307; *Lewis* v. *Hutchinson*, 127 *Ga.* 790 (3), 56 S. E. 998, and cit.; *Waldrop* v. *Wolff*, 114 *Ga.* 610 (2), 40 S. E. 830.

2. The verdict is well warranted by the evidence; and no reversible error appears. *Judgment affirmed.*

Complaint, from city court of Griffin—Judge Hammond. March 20, 1907.

Argued June 25,—Decided July 10, 1907.

*T. E. Patterson,* for plaintiffs in error. *Lloyd Cleveland,* contra.

---

### 452. EPPERSON v. KITCHENS.

HILL, C. J. 1. After the petition for certiorari has been sanctioned and the answer of the magistrate filed, and such answer supports the allegations of the petition, the certiorari will not be dismissed because of a defect in the affidavit of the plaintiff in certiorari, verifying the petition.

2. Where the superior court, on certiorari, set aside a verdict rendered in a justice's court, and ordered a new trial because "the ends of justice require it," the voice of the evidence demanding such verdict, to be heard in this court, would have to be very clear and very loud. *Judgment affirmed.*

Certiorari, from Banks superior court—Judge Brand. March term, 1907.

Submitted June 25,—Decided July 10, 1907.

*A. C. Brown,* for plaintiff in error.

*Martin & Stevenson, A. J. Griffin,* contra.